UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL CARRABES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPEDITORS INTERNATIONAL )<br>OF WASHINGTON, INC., )<br>)<br>Defendant. ) | No. 1:24–CV–12142-PBS |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

    Kindly enter our appearance as counsel for the Plaintiff, Michael Carrabes.

    Respectfully submitted,

*/s/ Jeremia A. Pollard*
Jeremia A. Pollard, Esq.
Hannon Lerner P.C.
184 Main Street
P.O. Box 697
Lee, MA 01238
Phone: 413-243-3311 Fax: 413.243.4919
Email: jpollard.hannonlerner@gmail

Dated: October 15, 2024