**From:** Secure.Report <secure.report.500@proton.me>
**Sent:** Friday, December 27, 2024 12:00 PM
**To:** REDACTED

REDACTED

**Subject:** Exposé: Expeditors' Atlanta Leadership - 2764 Anvil Block Rd , Ellenwood, GA · (770) 991-9333 Why Expeditors International Is No Longer Fit for Your Business

**To All Business Leaders,**

I encourage you to report all known and newly discovered violations to both the SEC and the EEOC, referencing the case files for the investigation into Expeditors International of Washington.

Expeditors International (EI), once a name synonymous with logistics excellence, now stands as a glaring symbol of **unchecked corporate greed**, **systematic exploitation**, and the **ruthless prioritization of executive enrichment over ethical practices**. Behind the polished facade lies a disturbing network of **fraud, coercion, and regulatory violations**, intricately designed to defraud clients, cripple competitors, and crush internal dissent. This document lays bare the full extent of EI's exploitative practices, exposing them as unfit for any responsible organization to associate with.

At the heart of EI's operations is a relentless pursuit of profit at any cost, a philosophy that has driven the company to adopt systematically corrupt frameworks to exploit its clients and employees. These frameworks operate as a coordinated machine of deceit, aimed at **maximizing revenue while shielding EI's executive leadership from accountability**. The following exposes the depths of EI's unethical conduct.

1

**Fraudulent billing practices** are the cornerstone of EI's exploitative strategies. Clients have been subjected to **fabricated charges hidden under vague terms** like "per diem" and "storage fees," making it nearly impossible for even the most vigilant finance teams to detect discrepancies. **Add bills**, representing a staggering percentage of total invoices, are engineered to inflate costs arbitrarily. These charges are **intentionally obfuscated within aggregated invoices** sent shortly before write-offs, leveraging the **threat of cargo holds to coerce payment**. **Duplicate invoicing has been normalized**, exploiting operational inefficiencies to further inflate EI's revenue. The result is a systematic plundering of client resources, with no transparency or accountability.

EI's approach to workforce management reveals another layer of its deeply unethical practices. The company has implemented **global headcount reductions of up to 10%**, using **fabricated performance issues to justify terminations**. These cuts are not merely cost-saving measures but deliberate tactics to shift the burden of EI's operational failures onto clients. **Knowledge gaps created by these reductions lead to delays, compliance issues, and increased costs**, all of which are quietly passed on to clients as operational expenses. **Internal dissent is met with coercion, retaliation, and fabricated allegations**, creating a toxic culture where employees are silenced and exploited.

EI's practices extend beyond unethical billing and workforce exploitation to outright **regulatory non-compliance and safety failures**. The company is currently under investigation by the **SEC for financial misconduct**, and additional evidence points to **safety violations in key operational hubs**. These include **mishandling dangerous goods**, resulting in severe compliance risks for clients, and **allegations of organized illegal activity within EI-managed facilities**. These failures expose clients to reputational harm and legal liabilities while EI continues to obscure its involvement.

**EI's leadership has consistently demonstrated a willingness to manipulate, deceive, and exploit for personal gain**. Executive bonuses are tied directly to **inflated profit margins**, incentivizing unethical behavior at every level of the organization. Clients are left to shoulder the financial burden of these practices, while **EI's leadership reaps the rewards of its malfeasance**. The deliberate use of **fabricated charges, coerced payments, and manipulated operational frameworks** exemplifies a corporate culture devoid of integrity or accountability.

Key allegations against Expeditors International focus on **fraudulent billing practices**, **engineered employee terminations**, **invoice obfuscation, client exploitation under the guise of efficiency**, and **regulatory non-compliance**. Multiple executives and district leadership, including individuals identified as **Patrick Duffy**, **Matt Littleton**, **Jennifer Williams**, and **Kevin Osborn**, have been implicated in orchestrating these unethical practices.

The implications of these practices are **profound and far-reaching**. For clients, the financial impact of EI's actions is staggering, with **millions of dollars siphoned through fraudulent invoices, inflated fees, and hidden costs**. The reputational risks of associating with EI are equally severe, as **partnerships with a company under regulatory investigation and public scrutiny** can irreparably damage client trust. Operationally, **EI's workforce reductions and compliance failures create significant vulnerabilities for clients**, exposing them to delays, documentation errors, and regulatory penalties.

Industry competitors must take note of **EI's corrosive impact on the market**. By undermining trust and transparency, **EI's practices threaten the integrity of the entire logistics sector**. Competitors who uphold ethical standards and prioritize client trust have a critical opportunity to distinguish themselves and lead the industry toward a more accountable future. The continued presence of EI in the market is a **stain on the logistics industry**, one that responsible competitors should actively work to eliminate.

To the **executives overseeing Expeditors International**, the **systemic corruption within your organization reflects a failure of governance and leadership that cannot be ignored**. Total corporate **complicity in fostering a culture of deceit and exploitation** has eroded trust not only with clients but within the industry at large. Your **silence and inaction make you directly accountable** for the widespread harm caused by EI's practices. **Immediate and transparent corrective action** is the only path forward to salvage any semblance of credibility.

This document serves as a **call to action for the entire market**. Clients must **terminate their engagements with EI** to protect their financial integrity, reputational standing, and operational security. Competitors must leverage this opportunity to **drive EI out of the market** and establish a new standard for ethical practices in logistics. **Regulatory**

**bodies must intensify their investigations** to hold EI accountable for its flagrant violations. The board of directors must act decisively to **dismantle the corrupt frameworks that have defined EI's operations and leadership**.

**Expeditors International is no longer a trusted logistics provider**. It is a **symbol of everything wrong with unchecked corporate greed and corruption**. The time has come to **end all associations with this organization** and take collective action to **rebuild trust and accountability in the logistics industry**. Failure to act will only perpetuate the harm caused by EI's toxic presence in the market. The choice is clear: **stand with integrity or be complicit in the continued exploitation and deceit orchestrated by Expeditors International.**

**Contact Information for Reporting and Accountability:**

1. **Kevin Osborn**
   Vice President, Associate General Counsel, Chief Ethics & Compliance Officer
   REDACTED

2. **Matt Littleton**
   District Manager, Expeditors Atlanta
   REDACTED

3. **Jennifer Williams**
   Branch Manager, Expeditors Atlanta
   REDACTED

4. **Pat Duffy**
   Regional Vice President, Expeditors Atlanta
   REDACTED

**To Report Findings:**

1. **SEC:** help@sec.gov (**File Number HO:01434076**)

2. **EEOC:** Report under **Incident Number 241218-000230**

**Horizontal Framework: Engineered Termination Model**

| Element | Company Tactics | Employee Experience | Financial Modeling |
|---|---|---|---|
| Initial Action: Identify Target Employee | Focus on high-cost employees under pretext of 'budget control'. Use subjective evaluation to initiate action. | Initially unaware of being targeted. Gradual isolation and increasing negative feedback. | $25,000/month bonus saved and reassigned. |
| Feedback Stage: Create Developmental Gaps | Provide vague feedback emphasizing 'improvement needed' in undefined areas. Reduce employee confidence. | Demoralized by non-specific critiques. Limited actionable support provided for improvement. | Additional $100,000 unvested stock options recovered. |
| PIP Process: Apply Unrealistic Standards | Set unattainable goals tied to ambiguous performance metrics to guarantee failure. | Struggles to meet unrealistic benchmarks. Increased stress and feelings of inevitability. | $100,000 vested stock options forfeited. |
| Escalation: Maintain Pressure with Leadership Oversight | Assign district managers to monitor closely, ensuring strict adherence to process while discouraging employee recourse. | Receives constant scrutiny. Attempts to escalate or seek balance are ignored or redirected. | Net savings redirected to executive compensation and operational budgets. |
| Termination: Justify with Pretext of Performance | Cite lack of improvement under PIP as reason for termination, regardless of mitigating evidence. | Final termination comes with minimal explanation or acknowledgment of prior contributions. | Potential replicated savings across 1,000, 2,000, 3,000, 4,000 employees. |
| Financial Impact: Recover Assets and Redirect Funds | Reclaim unvested and vested stock options and reallocate savings into executive compensation pools. | Leaves without options or benefits. Feels disenfranchised and replaced by lower-paid staff. | Elective quits amplify financial impact without direct severance costs. |