| | |
|---|---|
| **From:** | Lynch, Matt |
| **Sent:** | Tuesday, January 7, 2025 8:45 PM |
| **To:** | John_fleming@mad.uscourts.gov; maryellen_molloy@mad.uscourts.gov |
| **Cc:** | Adam Clermont; Mr. Jeremia Pollard; Santos, Asha |
| **Subject:** | Carrabes v. Expeditors International of Washington, Inc., CA. No. 1:24-cv-12142-GAO/Recording of Court Conference |
| **Attachments:** | Re Corporate Corruption Expeditors' Atlanta Leadership - 2764 Anvil Block Rd, Ellenwood, GA · (770) 991-9333 4917-2293-5565 1.msg |

Good evening:

Our office represents defendant Expeditors International of Washington, Inc. in the above-referenced matter. Yesterday, we attended a Zoom scheduling conference before Judge Saris, who determined that this matter should be sent back to the pool for re-assignment, and the matter was re-assigned to Judge O'Toole.

During the conference, I informed Judge Saris that Expeditors had been receiving anonymous e-mails. This afternoon, my client received the attached anonymous e-mail, which contains an audio file with a recording of yesterday's scheduling conference. For example, at the 1:47 mark, I can hear Judge Saris discussing her determination that this matter was not related to another matter filed against Expeditors and that she would send this matter back for reassignment.

Our understanding is that any such recording is expressly prohibited by L.R. 83.3. This audio recording was sent by the same e-mail address as some of the prior anonymous e-mails that we believe were intended to harass our client and its customers. As such, we wanted to bring this recording to the court's attention, and we therefore request a status conference to discuss this recording as well as to present evidence related to the other e-mails.

**Matt Lynch**
Attorney at Law
617.378.6020 direct, 617.356.9749 mobile
MLynch@littler.com

Pronouns: He/Him



Labor & Employment Law Solutions | Local Everywhere
1 International Pl, Suite 2700, Boston, MA 02110