# EXHIBIT 1



# CLAYTON COUNTY POLICE DEPARTMENT
## INCIDENT REPORT

**AGENCY ID (ORI)**
GA0310100

**CASE NUMBER:**
25001611

## PREMISES INFORMATION

| Report Date | Incident Start Date | Incident End Date |
|---|---|---|
| 01/07/2025 13:00:00 | 12/17/2024 00:00:00 | 01/07/2025 13:45:00 |

| Incident Location | Address |
|---|---|
|  | 2764 ANVIL BLOCK RD   Ellenwood GA 30294 |

| OFFENSE(S) | COUNTS |
|---|---|
| 16-11-39.1 HARASSING COMMUNICATIONS | 1 |

## VICTIM(S)

**1**

| Name | Victim Type | Race | Ethnicity |
|---|---|---|---|
| DUFFY, PATRICK | Person/Individual | White | Non-Hispanic |

| Sex | D.O.B. | Age | Address | Phone |
|---|---|---|---|---|
| Male | ▇▇/1967 | 57 | 2764 ANVIL BLOCK RD   Ellenwood Georgia 30294 | ▇▇ |

*Related Offense(s)*
16-11-39.1 HARASSING COMMUNICATIONS (13C M)

**2**

| Name | Victim Type | Race | Ethnicity |
|---|---|---|---|
| WILLIAMS, JENNIFER ANN | Person/Individual | White | Non-Hispanic |

| Sex | D.O.B. | Age | Address | Phone |
|---|---|---|---|---|
| Female | ▇▇/1977 | 47 | 2764 ANVIL BLOCK RD   Ellenwood Georgia 30294 | ▇▇ |

*Related Offense(s)*
16-11-39.1 HARASSING COMMUNICATIONS (13C M)

**3**

| Name | Victim Type | Race | Ethnicity |
|---|---|---|---|
| Littleton, Donald | Person/Individual | White | Non-Hispanic |

| Sex | D.O.B. | Age | Address | Phone |
|---|---|---|---|---|
| Male | ▇▇/1977 | 47 | 2764 ANVIL BLOCK RD   Ellenwood Georgia 30294 | ▇▇ |

*Related Offense(s)*
16-11-39.1 HARASSING COMMUNICATIONS (13C M)

## SUSPECT(S)

**1**

| Name | Height | Weight | Race | Ethnicity |
|---|---|---|---|---|
| Hutcheson, Gregory | 601 | 160 | White | Non-Hispanic |

| Sex | D.O.B. | Age | Address | Arrested? |
|---|---|---|---|---|
| Male | ▇▇/1981 | 43 | 2764 ANVIL BLOCK RD   Ellenwood GA 30294 | No |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 601 | 160 | Brown | Green |

*Related Offense(s)*
16-11-39.1 HARASSING COMMUNICATIONS (13C M)



# CLAYTON COUNTY POLICE DEPARTMENT
## INCIDENT REPORT

AGENCY ID (ORI)
**GA0310100**

**CASE NUMBER:**
**25001611**

## NARRATIVE

25001611

     On 01/07/2025, I, Ofc DeSilva, responded to 2764 Anvi Block Rd, Ellenwood, Ga 30294, regarding a disturbance at Expeditors International. The victims, victim 1, Littleton, Donald D.O.B. ▓▓/1974 and victim 2, Williams, Jennifer D.O.B. ▓▓/1977, stated that an ex-employee, the suspect, had been sending harassing emails to the management team, company employees, vendors and customers. The victims have provided a few copies of the emails, attached to this report. The offender used a ghost email, secure.report.500@proton.me, to mask the sender's identity. The victims believe to have identified the suspect as the sender by the personal email address, hal.hutcheson@outlook.com, which was CC'd at the bottom of one of the emails.

***Notes***

*The suspect used electronic communication, and multiple emails in an attempt to intimidate the victims.

*There is another victim, victim 3, Duffy, Patrick D.O.B. ▓▓/1967, who was unavailable to speak.

*The suspect named all the victims in the emails.

*The suspect did not make direct threats but used intimidating language via email.

*Emails are included in this report.

*The suspect has a felony warrant against him from the previous case. See original case#23068829

*The victims stated that they found out through social media that the suspect is living in Fayetteville, Ga.

Nothing further at this time.

## OFFICER

| Officer Involvement Type | Officer Name | Date |
|---|---|---|
| Report | DeSilva, Daniel 32478 | 01/08/2025 12:25:00 |