UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CARRABES,<br><br>        Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>        Defendant. | Civil Action No. 1:24-cv-12142-AK |

## AFFIDAVIT OF MARIA KALINA

I, Maria Kalina, hereby depose and state as follows:

1. I am over the age of twenty-one and give this affidavit of my own free will.

2. I make the statements contained in this Affidavit based on my personal knowledge. I am competent to testify as to all facts stated herein.

3. I am employed by Expeditors International of Washington, Inc. ("Expeditors") as the Director, Employee Relations & Benefits.

4. Attached as <u>Exhibit A</u> is a true and accurate copy of the Expeditors U.S. Employee Handbook in effect as of February 5, 2024.

Signed under the penalties of perjury this 25th day of February 2025.

*Maria Kalina*
Digitally signed by Maria Kalina
Date: 2025.02.25 13:32:54 -08'00'

Director of Employee Relations and Benefits
Expeditors International of Washington, Inc.

**CERTIFICATE OF SERVICE**

    I, Matthew J. Lynch, hereby certify that on this 25th day of February 2025, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to all registered participants identified on the Notice of Electronic Filing and via first-class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                                */s/ Matthew J. Lynch*
                                                Matthew J. Lynch