**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michael Carrabes,<br><br>       Plaintiff,<br><br>  v.<br><br>Expeditors International of Washington, Inc.,<br><br>       Defendant. | No. 1:24-CV-12142 |

## **PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Michael Carrabes hereby moves this Court, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), for an Order extending the discovery deadlines set forth in the Scheduling Order dated March 5, 2025. As grounds for this motion, Plaintiff states that Defendant's discovery responses are grossly inadequate, necessitating substantial additional time to address these deficiencies through the Local Rule 37.1 conference process and likely substantial motion practice.

Plaintiff respectfully requests that this Court:

1. Extend the written discovery requests deadline from May 12, 2025 to July 12, 2025;

2. Extend the fact discovery deadline from September 2, 2025 to November 3, 2025;

3. Extend the deadline to amend the complaint from April 7, 2025, to June 7, 2025;

4. Extend Plaintiff's expert disclosure deadline from October 6, 2025 to December 5, 2025;

5. Extend Defendant's expert disclosure deadline from November 6, 2025 to January 6, 2026; and

6. Extend the expert discovery deadline from December 17, 2025 to February 17, 2026.

In support of this motion, Plaintiff relies upon the accompanying Memorandum of Law and Fourth Affidavit of Adam Clermont, along with the exhibits thereto.

## LOCAL RULE 7.1 CERTIFICATION

I, Adam P. Clermont, hereby certify that I have complied with the requirements of Local Rule 7.1 by conferring with counsel for Defendant regarding this motion via email between April 12, 2025, and the present. Although Defendant indicated its willingness to submit a joint motion extending the deadlines requested herein by 60 days, Defendant refused Plaintiff's request to include in the joint motion language that would satisfy Local Rule 16.1(g)'s "good cause" requirement by demonstrating that Plaintiff has acted diligently and that the schedule modifications are necessitated solely by Defendant's grossly inadequate discovery responses. Plaintiff desires to make a record at this early stage to ensure that the basis for the requested extension and the underlying discovery issues are clearly preserved for the Court's review.

Michael Carrabes, Plaintiff
By his attorney,

_____
Adam Clermont
6 Liberty Square
PMB 226
Boston, MA 02109
Tel: (413) 841-1270(Massachusetts)
Tel: +852 9086 3191(Hong Kong)
E-mail: aclermont@attorneyapc.com
BBO No.: 639769

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

*/s/ Adam Clermont*
Adam Clermont