UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Carrabes,<br><br>      Plaintiff,<br><br>  v.<br><br>Expeditors International of Washington, Inc., Tracy Peveri and Brian Carrabes,<br><br>      Defendants. | No. 1:24-CV-12142 |

**MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Michael Carrabes ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court for a short continuance of the Scheduling Conference currently scheduled for **October 7, 2025.** In support of this motion, Plaintiff states:

1. Plaintiff's counsel has been hospitalized due to a suspected gastrointestinal bleed and dehydration.

2. Counsel is uncertain about the length of hospitalization currently. However, he had been advised by his treating physician that it will be 2 to 3 days at a minimum.

3. Plaintiff's counsel also anticipates needing a short period of 7 days to recover and resume his professional responsibilities.

4. Therefore, Plaintiff respectfully requests that the Court continue the Scheduling Conference by

1

approximately 10 days.

5. Plaintiff is also pleased to report that the Parties have made meaningful headway on reaching agreement regarding a joint scheduling plan and anticipate that it will be filed with the Court shortly.

**LOCAL RULE 7.1 CERTIFICATION**

I, undersigned counsel for Plaintiff, hereby certify that pursuant to Local Rule 7.1(a)(2) I conferred with counsel for Defendants regarding the relief requested in this motion. Opposing counsel indicated that he has no objection to a short continuance of the Scheduling Conference in light of the circumstances described herein.

```
                              Michael Carrabes, Plaintiff
                              By his attorney,

                              [signature]

                              _____
                              Adam Clermont, Esq.
                              6 Liberty Square
                              PMB 226
                              Boston, MA 02109
                              Tel: (413) 841-1270(Massachusetts)
                              Tel: +852 9086 3191(Hong Kong)
                              E-mail: aclermont@attorneyapc.com
                              BBO No.: 639769
```

2