UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:24-CV-12142

MICHAEL CARRABES,

    Plaintiff,

v.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., TRACY PEVERI AND BRIAN CARRABES,

    Defendants.

## NOTICE OF APPEARANCE

To the Clerk of the United States District Court:

Please enter the appearance of David W. Heinlein (BBO#550598) as attorney for Michael Carrabes, in the above-captioned matter.

Respectfully submitted,
Michael Carrabes,
By His Attorney,

*/s/ David W. Heinlein, Esq.*

_____
David W. Heinlein (BBO#550598)
HEINLEIN BEELER MINGACE & HEINEMAN, P.C.
276 Union Avenue
Framingham, MA 01702
(508) 626-8500
dheinlein@hbmhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David W. Heinlein, Esq.*

_____
David W. Heinlein, Esq.

1