UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CARRABES,<br><br>                 Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., TRACY PEVERI and BRIAN CARRABES<br><br>                 Defendants. | Civil Action No. 1:24-cv-12142-AK |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Michael Carrabes ("Plaintiff") and defendants Expeditors International of Washington, Inc. ("Expeditors"), Brian Carrabes ("Brian") and Tracy Peveri ("Peveri," collectively, "Defendants" and, with Plaintiff, "the Parties"), hereby respectfully move to extend the Scheduling Order deadlines as set forth below. As grounds for their Motion, the Parties state that in the time since undersigned counsel for Plaintiff appeared in this matter, the Parties have actively engaged in discovery[1], including a significant production of electronically-stored information ("ESI") by Expeditors. Additionally, Peveri is in the process of finalizing her responses to Plaintiff's written discovery and anticipates serving responses soon. However, due to the schedules of the Parties and their respective counsel, the Parties do not anticipate that depositions of Plaintiff and Peveri will be completed before March 12, 2026, at the earliest. As such, the Parties have conferred and respectfully request the deadlines be extended as follows:

---

[1] This matter involved substantive motion practice at the outset of litigation regarding Plaintiff's motion to amend and other matters, and this matter was delayed in the fall of 2025 due to health issues of Plaintiff's prior counsel. In the time since undersigned counsel appeared for Plaintiff, the Parties have worked efficiently and cooperatively to proceed with completing any remaining discovery.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | 1/30/26 | 4/10/26 |
| Plaintiff's Expert Disclosures | No Deadline Currently Set | 5/11/26 |
| Rule 56 Motions Filed | 3/16/26 | 5/29/26[2] |
| Defendant's Expert Disclosures | No Deadline Currently Set | 6/12/26 |
| Expert Discovery | No Deadline Currently Set | 7/13/26 |

This extension will not prejudice any party, as evidenced by the fact that all Parties join in this motion, nor will it unduly delay any trial or resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant this motion, and extend the current deadlines as proposed above.

Respectfully submitted,

Michael Carrabes, Plaintiff

By his attorney,

*/s/ David W. Heinlein*
David W. Heinlein (BBO#550598)
HEINLEIN BEELER MINGACE
& HEINEMAN, P.C.
276 Union Ave.
Framingham, MA 01702
(508) 626-8500
dheinlein@hbmhlaw.com

---

[2] The time between the close of fact discovery and the deadline to file dispositive motions is greater than the standard 30-day period because Defendants' counsel will be out of the office from April 17, 2026 through April 29, 2026.

        EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; BRIAN CARRABES; and TRACY PEVERI

        By their attorneys,

        */s/ Matthew J. Lynch*

        Asha A. Santos, Bar No. 670861
        asantos@littler.com
        Matthew J. Lynch, Bar No. 689363
        mlynch@littler.com

        LITTLER MENDELSON, P.C.
        One International Place
        Suite 2700
        Boston, MA  02110
        Telephone:   617.378.6000
        Facsimile:     617.737.0052

Dated:  February 2, 2026

## CERTIFICATE OF SERVICE

I, Matthew J. Lynch, hereby certify that on this 2nd day of February 2026, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to all registered participants identified on the Notice of Electronic Filing and via first-class mail to all non-registered participants identified on the Notice of Electronic Filing.

        */s/ Matthew J. Lynch*
        Matthew J. Lynch

3