UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL CARRABES,

Plaintiff,

v.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC., TRACY PEVERI and
BRIAN CARRABES

Defendants.

Civil Action No. 1:24-cv-12142-AK

## <u>ASSENTED-TO MOTION TO EXTEND SCHEDULING ORDER DEADLINES</u>

With the assent of plaintiff Michael Carrabes ("Plaintiff"), defendants Expeditors International of Washington, Inc. ("Expeditors"), Brian Carrabes ("Brian") and Tracy Peveri ("Peveri," collectively, "Defendants"), hereby respectfully move to extend the remaining Scheduling Order deadlines as set forth below. As grounds for their Motion, the Defendants state that on May 27, 2026, Defendants deposed Plaintiff, and on May 28, 2026, Plaintiff deposed Peveri. However, Plaintiff's deposition was not completed on May 27, 2026, and, by agreement, the Parties suspended Plaintiff's deposition, to be completed on an agreed-upon date. The Parties then conferred, and Plaintiff's deposition will be completed on Monday, June 29, 2026. As such, Defendants respectfully request, with the assent of Plaintiff, that this Court extend the expert disclosure and summary judgment deadlines as follows to allow the Parties to complete Plaintiff's deposition:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | 6/11/2026 | 7/27/2026 |
| Rule 56 Motions Filed | 6/29/2026 | 8/13/2026 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Expert Disclosures | 7/15/2026 | 8/31/2026 |
| Expert Discovery | 8/14/2026 | 9/28/2026 |

This extension will not prejudice any party, as evidenced by the fact that Plaintiff assents to this motion, nor will it unduly delay any trial or resolution of this matter.

WHEREFORE, Defendants respectfully request that this Court grant this motion, and extend the current deadlines as proposed above.

## LOCAL RULE 7.1 CERTIFICATION

In compliance with Local Rule 7.1, attorney Matthew J. Lynch, counsel for Defendants, hereby certify that I conferred with attorney David Heinlein, counsel for Plaintiff Michael Carrabes, via email, and Plaintiff assents to this motion.

Respectfully submitted,

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; BRIAN CARRABES; and TRACY PEVERI

By their attorneys,

*/s/ Matthew J. Lynch*

Asha A. Santos, Bar No. 670861
asantos@littler.com
Matthew J. Lynch, Bar No. 689363
mlynch@littler.com

LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Telephone:    617.378.6000
Facsimile:    617.737.0052

Dated: June 26, 2026

2

## CERTIFICATE OF SERVICE

I, Matthew J. Lynch, hereby certify that on this 26th day of June 2026, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to all registered participants identified on the Notice of Electronic Filing and via first-class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                    */s/ Matthew J. Lynch*
                                    Matthew J. Lynch